# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-06231-SVW-SS | Date | September 3, 2019 |
|---|---|---|---|
| Title | The Surgery Group of Los Angeles, PC v. CIGNA Health Life Insurance Company et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

Plaintiff's complaint is deficient under the Federal Rules of Civil Procedure, which require a short and plain statement of Plaintiff's claim in a manner that shows Plaintiff is entitled to the relief sought. See Fed. R. Civ. P. 8(a)(2). Plaintiff has only alleged one factual scenario as an example ("Patient A") that may demonstrate a claim for relief. Plaintiff does not specify the individual scenarios potentially requiring relief, or even the total number of claims to be considered. The Court cannot tell whether Plaintiff might conceivably be entitled to relief on any of its potential claims or none at all. Plaintiff is urged to refile its claims on an individual (or at least categorical) basis in separate complaints and separately filed actions, which may be properly consolidated in a single proceeding. Plaintiff is ORDERED TO SHOW CAUSE as to why Plaintiff's case should not be dismissed without prejudice for failing to comply with the Federal Rules of Civil Procedure. Plaintiff's response shall be due within 14 days of the date of this Order.

Initials of Preparer     PMC